THE PEOPLE OF THE STATE OF NEW YORK ex rel. LYMAN G. REALTY CORPORATION, Appellant, v. WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

WILLIAM D. NEUBERG, Doing Business under the Name of WILLIAM D. NEUBERG COMPANY, Respondent, v. AVERY F. PAYNE CO., INC., Appellant.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HENRY LOVERIDGE v. KENNEDY-VAN SAUN MFG. & ENG. CORPORATION.— Present— Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ARTHUR DIAMOND v. FRANCIS B. DAVIS, JR., et al., Impleaded with Others.— Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ARTHUR DIAMOND v. FRANCIS B. DAVIS, JR., et al. E. I. DUPONT DE NEMOURS & COMPANY et al.— Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

NEW YORK MERCHANDISE COMPANY, INC., v. McGRAW-HILL PUBLISHING COMPANY, INC. ACME NEWS PICTURES, INC.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ARONOW BROS., INC., v. UNITED STATES CASUALTY COMPANY and THE ÆTNA CASUALTY AND SURETY COMPANY.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MUTUAL LIFE INSURANCE COMPANY OF NEW YORK v. BAINBRIDGE BUILDING CORPORATION et al. 37 WEST 57TH STREET CORPORATION.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

HENRY M. PROPPER, as Temporary Receiver of STAATLICH GENEHMIGTE GESELLSCHAFT DER AUTOREN, KOMPONISTEN UND MUSIKVERLEGER, v. DEEMS TAYLOR, as President of the American Society of Composers, Authors and Publishers. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SAMUEL ZINMAN, as Administrator of the Estate of EDITH NEWMAN, Deceased, v. MAURICE NEWMAN, Impleaded with Others.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of FRED 'C. BEGELSPIKER et al. v. METROPOLITAN SAVINGS BANK. SAM FELDMAN (I. MALLIN & CO.) Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HENRY SCHWARTZ, Doing Business under the Name of H. SCHWARTZ v. MAYGREEN PIECE DYE WORKS, INC., Impleaded with Others. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.